**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ALIGNMENT HEALTHCARE, INC., *et al.*,<br><br>*Plaintiff*,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:26-cv-3550 |

**PLAINTIFFS ALIGNMENT HEALTHCARE, INC.; ALIGNMENT HEALTHCARE USA, LLC; ALIGNMENT HEALTH PLAN; ALIGNMENT HEALTH PLAN OF ARIZONA, INC.; ALIGNMENT HEALTH ADVANTAGE PLAN, INC., AND ALIGNMENT HEALTH PLAN OF NEVADA INC.'S**
**CORPORATE DISCLOSURE STATEMENT**

Certificate required by LCvR 26.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Plaintiffs, certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries, affiliates, or companies which own at least 10% of the stock of Alignment Healthcare USA, LLC; Alignment Health Plan; Alignment Health Plan Of Arizona, Inc.; Alignment Health Advantage Plan, Inc., and Alignment Health Plan of Nevada Inc. which have any outstanding securities in the hands of the public:

- Plaintiff Alignment Healthcare, Inc.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated: October 9, 2026

Respectfully submitted,

*/s/ Andrew D. Prins*

Andrew D. Prins (D.C. Bar No. 998490)
Rachael L. Westmoreland (D.C. Bar No. 90034032)
Dorothy M. Canevari (D.C. Bar No. 90043751)
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
Tel: (202) 637-2200
Fax: (202) 637-2201
Email: andrew.prins@lw.com
rachael.westmoreland@lw.com
dolly.canevari@lw.com

Nicholas L. Schlossman (D.C. Bar No. 1029362)
LATHAM & WATKINS LLP
300 Colorado Street, Suite 2400
Austin, TX 78701
Tel: (737) 910-7300
Fax: (737) 910-7301
Email: nicholas.schlossman@lw.com

*Counsel for Alignment Healthcare, Inc.; Alignment Healthcare USA, LLC; Alignment Health Plan; Alignment Health Plan Of Arizona, Inc.; Alignment Health Advantage Plan, Inc., and Alignment Health Plan of Nevada, Inc.*