AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

ALIGNMENT HEALTHCARE, INC., et al.
*Plaintiff*
v.
DEP'T OF HEALTH & HUMAN SERVICES, et al.
*Defendant*

Case No. 1:26-cv-3550

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Alignment Healthcare, Inc., Alignment Healthcare USA, LLC, Alignment Health Plan, Alignment Health Plan of Arizona, Inc, Alignment Health Advantage Plan, Inc., and Alignment Health Plan of Nevada, Inc. .

Date: 10/09/2026

/s/ Nicholas L. Schlossman
*Attorney's signature*

Nicholas L. Schlossman (D.C. Bar No. 1029362)
*Printed name and bar number*

Latham & Watkins LLP
300 Colorado St.
Suite 2400
Austin, TX 78701
*Address*

nicholas.schlossman@lw.com
*E-mail address*

(737) 910-7300
*Telephone number*

(737) 910-7301
*FAX number*