AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Alignment Healthcare, Inc., et al.,
*Plaintiff*
v.
Department of Health and Human Services, et al.,
*Defendant*

Case No. 1:26-cv-3550

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Alignment Healthcare, Inc.; Alignment Healthcare USA, LLC; Alignment Health Plan; Alignment Health Plan Of Arizona, Inc.; Alignment Health Advantage Plan, Inc.; Alignment Health Plan of Nevada, Inc.

Date: 10/09/2026

/s/ Rachael L. Westmoreland
*Attorney's signature*

Rachael L. Westmoreland (D.C. Bar No, 90034032)
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
*Address*

rachael.westmoreland@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*