AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

ALIGNMENT HEALTHCARE, INC., et al.
*Plaintiff*
v.
DEP'T OF HEALTH & HUMAN SERVICES, et al.
*Defendant*

Case No. 1:26-cv-3550

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:
Plaintiffs Alignment Healthcare, Inc., Alignment Healthcare USA, LLC, Alignment Health Plan, Alignment Health Plan of Arizona, Inc, Alignment Health Advantage Plan, Inc., and Alignment Health Plan of Nevada, Inc. .

Date: 10/09/2026

/s/ Dorothy M. Canevari
*Attorney's signature*

Dorothy M. Canevari (D.C. Bar No. 90043751)
*Printed name and bar number*

Latham & Watkins LLP
555 Eleventh Street NW, Suite 1000
Washington, DC 20004
*Address*

dolly.canevari@lw.com
*E-mail address*

(202) 637-2200
*Telephone number*

(202) 637-2201
*FAX number*