UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ALIGNMENT HEALTHCARE, INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 26-3550 (CRC) |
| SCAN HEALTH PLAN,<br><br>Plaintiff,<br><br>v.<br><br>DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>Defendants. | Civil Action No. 26-3737 (CRC)<br><br>**CONSOLIDATED CASES** |

**[PROPOSED] ORDER**

UPON CONSIDERATION of Plaintiffs' Motions for Summary Judgment, Defendants' Cross-Motion for Summary Judgment, the oppositions thereto, and the entire record herein, it is hereby

ORDERED that Plaintiffs' Motions for Summary Judgment are DENIED. It is further

ORDERED that Defendants' Cross-Motion for Summary Judgment is GRANTED. It is further

ORDERED that summary judgment is entered in Defendants' favor as to all claims in the Complaints. It is further

ORDERED that these consolidated cases are dismissed.

SO ORDERED:

__________________

Date

______________________________________

CHRISTOPHER R. COOPER
United States District Judge